expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

905 A.2d 865

IN THE MATTER OF ROBERT W. LAVESON,
AN ATTORNEY AT LAW.

September 8, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–029, concluding that **ROBERT W. LAVE-SON** of **MARGATE**, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.7(b)(conflict of interest), and *RPC* 5.5(a)(practice of law while ineligible), and good cause appearing;

It is ORDERED that **ROBERT W. LAVESON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.